STATE v. ROWE (Now Porietis)

No. 472P86.

Case below: 81 N.C. App. 469.

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 October 1986. Petition by defendant for discretionary review as to first degree murder case only allowed 7 October 1986 for the purpose of entering the following order: In case No. 79CRS711, the judgment is vacated and the case is remanded to the North Carolina Court of Appeals for further remand to the trial court for further proceedings consistent with G.S. 14-17 and 15A-2000, *et seq.*

STATE v. SANDERS

No. 471P86.

Case below: 81 N.C. App. 438.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

STATE v. SLADE

No. 436P86.

Case below: 81 N.C. App. 303.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 October 1986.

STATE v. TAPP

No. 473P86.

Case below: 81 N.C. App. 529.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.